UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Ricardo Lopez | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bankruptcy No: 17-12233AMC |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brad Sadek, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on October 10th, 2017, IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing if required shall be held on November 7, 2017, at 11:00 a.m. in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before October 16, 2017.

**Date: October 11, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119